UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SHIRLEY E. STEEN, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>RICHARD HOWSHAR and LISA HOWSHAR,<br><br>Respondents. | NO. 10-3307 JSW<br><br>[Proposed] ORDER TO SHOW CAUSE RE: CONTEMPT |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

**ORDERED** that respondents appear in person before this Court on the __12th__ day of __November__, 2010, at __1:30__ __p__.m., in Courtroom No. 11, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why they should not be held in contempt for their failure to comply with the Order To Show Cause Re Enforcement of Internal Revenue Service Summons filed August 12, 2010; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondents in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five (35) days before the return date of this Order above specified; and it is further

1     **ORDERED** that within twenty-eight (28) days before the return date of this Order,
2 the respondents may file and serve a written response to the Order To Show Cause Re:
3 Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28
4 U.S.C. Subsection 1746, as well as any motions they desire to make; that the petitioners
5 may file and serve a written reply to such response, if any, within fourteen (14) days
6 before the return date of this Order; that all motions and issues raised by the pleadings
7 will be considered on the return date of this Order, and only those issues raised by motion
8 or brought into controversy by the responsive pleadings and supported by affidavit(s) or
9 declaration(s) will be considered at the return of this Order.

10     **ORDERED** this  1st  day of  October , 2010, at San
11 Francisco, California.

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

**ORDER TO SHOW CAUSE RE:**
**CONTEMPT (No. CV 10-3307 JSW)**      2